AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF **the Northern Mariana Islands**

**FILED**
Clerk
District Court

JAN 1 1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

V.

LUIS KAIPAT PELISAMEN,

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: **CR 08 - 00001**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **LUIS KAIPAT PELISAMEN**
Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him with (brief description of offense)

Conspiracy Wire Fraud (Count 1)
Wire Fraud (Count 2)
Money Laundering Conspiracy (Count 3)
Money Laundering (Counts 4 & 5)
Aiding and Abetting
Forfeiture

in violation of Title **18**, United States Code, Section(s) **371, 1343, 1956(h), 1957, 2, 981(a)(1)(C),**
in violation of Title **28**, United States Code, Section(s) **2461(c)**
and in violation of Title ____, United States Code, Section(s) _____

Bail fixed at $ **NO BAIL**    by _____
                                 Name of Judicial Officer

**HONORABLE ALEX R. MUNSON**            **UNITED STATES DISTRICT JUDGE**
Name of Issuing Officer                  Title of Issuing Officer

_signature_    1-11-08    SAIPAN, CNMI
Signature of Issuing officer   Date and Location

| RETURN ||
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at SAIPAN, MP ||
| DATE RECEIVED: 01-11-08<br>DATE OF ARREST: 01-11-08 | NAME AND TITLE OF ARRESTING OFFICER: DANA MCMAHON, SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER: *Dana McMahon* |

AO 442 (Rev. 12/85) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: LUIS KAIPAT PELISAMEN

ALIAS: Louis

LAST KNOWN RESIDENCE: CHALAN LAU LAU, SAIPAN, MP

LAST KNOWN EMPLOYMENT: DEQ   1995

PLACE OF BIRTH: SAIPAN, MP

DATE OF BIRTH: 07 22 1952

SOCIAL SECURITY NUMBER: 586 10 9492

HEIGHT: 5'6"        WEIGHT: 2

SEX: MALE        RACE: ASIAN

HAIR: BLK        EYES: BRO

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:
"Mom" with a cross on Left forearm

FBI NUMBER: 878 254 TA4

COMPLETE DESCRIPTION OF AUTO: 2005 NISSAN FRONTIER (RED) ADR-312

INVESTIGATIVE AGENCY AND ADDRESS: