# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00001-002                                                                    January 11, 2008
                                                                                    2:30 p.m.

### UNITED STATES OF AMERICA  -V- LUIS KAIPAT PELISAMEN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           TINA MATSUNAGA, COURT DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           LUIS KAIPAT PELISAMEN, DEFENDANT
           ERIC O' MALLEY, ASSISTANT U.S. ATTORNEY

PROCEEDINGS:   INITIAL APPEARANCE

Defendant appeared without counsel.  Government was represented by Eric O'Malley, AUSA.

Defendant was examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

Defendant was advised that if he did qualify for a Court Appointed counsel that one would be appointed for him.  Defendant stated he wanted the Court to appoint counsel.  Court, after review of the affidavit, ordered the Clerk to appoint the next CJA attorney on the list.

Court ordered no bail at this time without prejudice.

Court set the arraignment hearing for 9:00 a.m. Monday, January 14, 2008.

Court remanded the defendant back into the custody of the U.S. Marshal until further order of the Court.

                                                         Adjourned at 2:40 p.m.


                                                         /s/K. Lynn Lemieux, Courtroom Deputy