# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00002-002 　　　　　　　　　　　　　　　　　　　　　January 14, 2008
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　9:10 a.m.

### UNITED STATES OF AMERICA  -V- LUIS KAIPAT PELISAMEN

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE  PRESIDING
　　　　　　K. LYNN LEMIEUX, COURTROOM DEPUTY
　　　　　　SANAE N. SHMULL, COURT REPORTER
　　　　　　LUIS  KAIPAT  PELISAMEN, DEFENDANT
　　　　　　LOREN SUTTON, COURT APPOINTED ATTORNEY FOR DEFENDANT
　　　　　　ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY

PROCEEDINGS:  **ARRAIGNMENT**

　　　Defendant appeared with court-appointed counsel, Attorney Loren Sutton.  Government was represented by  Eric O'Malley, AUSA.

　　　Defendant was sworn and examined as to his understanding of  his constitutional rights,  his right to trial and his understanding of the proceedings.

　　　Defendant waived reading of the indictment and pled **NOT GUILTY** to the charges against him.  Court set jury trial for **March 17, 2008  at 9:00 a.m.**   Pretrial motions shall be filed by **January 25, 2008.**

　　　Government moved that the defendant could be out on bail if there were sufficient conditions set.  No argument from the Defense at this time and reserved the right for a motion for bail at a later time.

　　　Court  granted the Government's motion, without prejudice,  and remanded the defendant into the custody of the U.S. Marshal until further order of the Court.

　　　　　　　　　　　　　　　　　　　　　　　　Adjourned at 9:20 a.m.

　　　　　　　　　　　　　　　　　　　　　　　　/s/K. Lynn Lemieux, Courtroom Deputy