PS 40
(REV. 6/05)

UNITED STATES DISTRICT COURT

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**FILED**
Clerk
District Court
FEB - 8 2008
For The Northern Mariana Islands
By _____
(Deputy Clerk)

| | | | |
|---|---|---|---|
| **TO:** | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | **FROM:** | Melinda Brunson<br>U.S. Probation Officer<br>District of Northern Mariana Islands<br>P.O. Box 502089<br>Saipan, MP 96950 |

[X] **Original Notice**         [ ] **Disposition of Original Notice**

Date: **January 31, 2008**          Date: _____

BY: **Honorable David A. Wiseman**    BY: _____

---

Defendant: Luis Kaipat Pelisamen          Case Number: USDC Cr. Cs. 08-00001-002

Date of Birth: xx-xx-1952                 Place of Birth: Saipan, CNMI

SSN: xxx-xx-9492

---

**NOTICE OF COURT ORDER** (Order Date:   January 31, 2008   )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the U.S. District Court on _____.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

---

**\*\* NOTE:** Defendant pled guilty on 9/7/06. The Judge ordered that the passport be returned to the defendant because of his need to travel to Guam prior to sentencing. Defendant is scheduled for sentencing on 12/5/06.

Distribution:
Original to Case File
U.S. Department of State
Defendant (or representative)
Clerk of Court