F I L E D
Clerk
District Court

FEB 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Loren A. Sutton
Law Office of Loren A. Sutton
Summer Holiday Hotel, Ste 7101
P.O. Box 5593 CHRB
Saipan MP 96950
Ph: (670) 235 8065
Fax: (670) 235 8069
e-mail: lorensutton@hotmail.com

For Pelisamen

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ARRIOLA, JOSEPH ALDAN and ) <br> PELISAMEN, LUIS KAIPAT, ) <br> ) <br> Defendant ) <br> ) <br> _____ ) | Criminal Case No.: 08-00001 <br><br> MEMORANDUM IN SUPPORT OF MOTION TO MODIFY CONDITIONS OF BAIL |

COMES NOW, Loren A. Sutton, by and for Defendant Luis Kaipat Pelisamen, and moves this Court to Modify Conditions of the Defendant's Bail in the following manner and for the following reasons:

The Court is requested to Order that the Defendant no longer must wear a monitoring device and instead impose a curfew of 6:00 p.m. to 6:00 a.m. during which Defendant must not leave his house or the presence of his third party custodian.

-1-

The Defendant needs more freedom of movement in order to gather evidence, meet with his Counsel, meet with family members conversant with the Estate of Kaipat, and generally provide assistance in the matter of his defense.

The Defendant has lived on Saipan all of his life, his whole family is here and he is without funds. His passport has been seized and it is highly unlikely that he would flee the jurisdiction or even that he could flee the jurisdiction.

He has no history of violence and will not be a danger to the Community. There is no indication that he is dependant on any controlled substance or that he ever drinks alcohol to excess.

Accordingly, this Court is respectfully requested to remover the condition of release that he wear a monitoring device and replace that condition with a curfew and to make such other changes as the Court feels are appropriate.

Respectfully submitted on this 27th[th] day of February 2008.

/S/ _____
LOREN A. SUTTON (F0179)
for Defendant Peliseman