FILED
Clerk
District Court

FEB 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Loren A. Sutton
Law Office of Loren A. Sutton
Summer Holiday Hotel, Ste 7101
P.O. Box 5593 CHRB
Saipan MP 96950
Ph: (670) 235 8065
Fax: (670) 235 8069
e-mail: lorensutton@hotmail.com

For Pelisamen

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.: 08-00001 |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO SHORTEN TIME FOR HEARING MOTION TO MODIFY |
| ARRIOLA, JOSEPH ALDAN and ) PELISAMEN, LUIS KAIPAT, ) | CONDITIONS OF BAIL AND DECLARATION IN SUPPORT THEREOF. |
| Defendant ) | |

COMES NOW, Loren A. Sutton, by and for Defendant Luis Kaipat Pelisamen, and Eric O'Malley, for the United States of America and hereby stipulate that time may be shortened for hearing Defendant's Motion to Modify Conditions of Bail so that the Motion may be heard at the hearing now set for 8:30 a.m. on Friday, February 29, 2008, for Waiver of Speedy Trial.

Counsels declare that shortening time shall enable Defendant to work more closely with his attorney sooner and will save the Court's time as the modification motion can be heard at

-1-

1  a time now set for Waiver of Speedy Trial without the necessity
2  of setting a further hearing.
3
4  2/27/08                              /s/ Loren G. Sutton
   DATED                                LOREN A. SUTTON
5
6
7  2-27-08                              /s/ Eric O'Malley
   DATED                                ERIC O'MALLEY
8