FILED
Clerk
District Court

FEB 27 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Loren A. Sutton
Law Office of Loren A. Sutton
Summer Holiday Hotel, Ste 7101
P.O. Box 5593 CHRB
Saipan MP 96950
Ph: (670) 235 8065
Fax: (670) 235 8069
e-mail: lorensutton@hotmail.com

For Pelisamen

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No.: 08-00001 |
| Plaintiff, | ) ORDER RE STIPULATION TO SHORTEN |
| vs. | ) TIME FOR HEARING MOTION TO |
| ARRIOLA, JOSEPH ALDAN and PELISAMEN, LUIS KAIPAT, | ) MODIFY CONDITIONS OF BAIL. |
| Defendant | ) |

FOR GOOD CAUSE SHOWN, and based upon stipulation of Counsel for the parties time is hereby shortened for hearing on the Motion to Modify Conditions of Bail to Friday, February 29, 2008, at 8:30 a.m.

_2-27-08_
DATED

_Alex R. Munson_
ALEX R. MUNSON
Judge

RECEIVED
FEB 27 2008
Clerk
District Court
The Northern Mariana Islands

-1-