# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00001                                              February 29, 2008
                                                         8:30  a.m.

### U.S.A. -v- Luis Pelisamen

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            K. LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE N. SHMULL, COURT REPORTER
            ERIC O'MALLEY,  ASSISTANT U.S. ATTORNEY
            LOREN SUTTON, ATTORNEY FOR DEFENDANT
            LUIS PELISAMEN, DEFNDANT.

PROCEEDINGS: **WAIVER OF SPEEDY TRIAL and MOTION to MODIFY BAIL
            CONDITIONS**

Attorney Loren Sutton appeared with defendant.  Government was represented by Eric O'Malley, AUSA.   Also present was Melinda Brunson, U.S. Probation Officer.

**WAIVER OF SPEEDY TRIAL**.

Defendant signed the Waiver Of Speedy Trial pleading in court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his  right to a speedy trial.

Government stated that they didn't have the Waiver forms prepared for the defendant's signature and requested a few minutes to prepare the forms.  Court so ordered.

Court recessed at 8:40 and reconvened at 8:50 a.m.

The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial;  therefore it was ordered that the jury trial would be waived up until and including **May 30, 2008** and that jury trial would commence on Monday, **May 5, 2008  at 9:00 a.m.** in this courtroom.

**MOTION TO MODIFY BAIL CONDITIONS**

Court, after review of the bail modification request, ordered that the defendant would have a curfew from 6:00 p.m. to 6:00 a.m. and that he would be continued electronically monitored.

Government had no objection.  No objection by the defendant.


Adj. 9:00 a.m.


/s/K. Lynn Lemieux, Court Deputy