FILED
Clerk
District Court

APR 18 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 08-00001 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER SETTING HEARING |
| ) | ON MOTION TO CONTINUE |
| JOSEPH ALDAN ARRIOLA and ) | TRIAL DATE |
| LUIS KAIPAT PELISAMEN, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

IT IS ORDERED that defendant's motion to continue the trial date be and hereby is set for hearing on **Wednesday, April 23, 2008 at 1:30 p.m.** Counsel for defendant shall meet with his client prior to that time to discuss a waiver of speedy trial. If that has been done, the court will also take up the matter of waiver of speedy trial.

DATED this 18th day of April, 2008.

_____
ALEX R. MUNSON
Judge