MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00001-002               April 23. 2008
                              1:35 p.m.

**UNITED STATES OF AMERICA -vs- LUIS KAIPAT PELISAMEN**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           LYNN LEMIEUX, COURTROOM DEPUTY
           FAYE CROZAT, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           LUIS KAIPAT PELISAMEN, DEFENDANT
           LOREN SUTTON, ATTORNEY FOR DEFENDANT

PROCEEDINGS:  MOTION TO CONTINUE TRIAL DATE/ WAIVER OF SPEEDY TRIAL

    Defendant was present with court appointed counsel, Attorney Loren Sutton. Government by Eric O'Malley, AUSA.

    Defendant was sworn. Defendant stated in open Court that he didn't really understand the meaning of the Waiver. Attorney Sutton stated that he had gone over it in detail with the defendant the night before. Court explained it again to the defendant. Defendant stated that he thought his attorney needed more time to prepare for trial. Attorney Sutton requested a recess.

    Court recessed at 1:45 p.m. and reconvened at 2:35 p.m.

    Defendant stated that he now understood the Waiver of Speedy Trial and was ready to proceed.

    Attorney Sutton argued the motion to continue the trial date.

    Defendant signed the Waiver of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

    The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **September 30, 2008** and that jury trial would commence on **Tuesday**, September 2**, 2008 at 9:00 a.m.** in this courtroom.

                                                     Court adjourned at 2:50 pm.

                                                     /s/K. Lynn Lemieux, Courtroom Deputy