# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CR-08-00001-002                                            July 17, 2008
                                                           9:50 a.m.

**UNITED STATES OF AMERICA -vs- LUIS KAIPAT PELISAMEN**

PRESENT:   HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
           LYNN LEMIEUX, COURTROOM DEPUTY
           FAYE CROZAT, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           LUIS KAIPAT PELISAMEN, DEFENDANT
           LOREN SUTTON, ATTORNEY FOR DEFENDANT

PROCEEDINGS:   MOTION TO CONTINUE TRIAL DATE/ WAIVER OF SPEEDY TRIAL

   Defendant was present with court appointed counsel, Attorney Loren Sutton. Government by Eric O'Malley, AUSA.

   Attorney Sutton reported to the Court that this defendant has been uncooperative from the very beginning of the appointment and Attorney Sutton believes that he now can no longer be an effective counsel for this defendant. Attorney Sutton moved to withdraw as counsel.

   Defendant was sworn.

   After inquiry of the defendant, Court relieved Attorney Sutton of his appointment and ordered that a new criminal justice attorney be appointed to handle this case.

   Jury trial will remain set for September 2, 2008.

                                                Court adjourned at 9:55 a.m.

                                                /s/K. Lynn Lemieux, Courtroom Deputy