UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

FILED
Clerk
District Court

AUG 21 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS KAIPAT PELISAMEN,<br><br>Defendant. | Criminal Action No. 08-00001<br><br>Order Rescheduling Hearing |

Eric O'Malley
Assistant United States Attorney
P.O. Box 500377
Saipan, MP 96950

David G. Banes
Attorney at Law
P.O. Box 501969
Saipan, MP 96950

The Waiver of Speedy Trial hearing scheduled for Friday, August 29, 2008, at 9:30, a.m., is rescheduled to 8:30 a.m., on the same date

IT IS SO ORDERED.

DATED this 21st day of August, 2008.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)