MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR-08-00001-002                                                             August 28, 2008
                                                                            10:00 a.m.

**UNITED STATES OF AMERICA -vs- LUIS KAIPAT PELISAMEN**

PRESENT:    HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
            LYNN LEMIEUX, COURTROOM DEPUTY
            SANAE SHMULL, COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            LUIS KAIPAT PELISAMEN, DEFENDANT
            DAVID BANES, ATTORNEY FOR DEFENDANT

PROCEEDINGS:   WAIVER OF SPEEDY TRIAL

   Defendant was present with court appointed counsel, Attorney David Banes. Government by Eric O'Malley, AUSA.

   Defendant was sworn and signed the Waiver Of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

   The Court found that pursuant to Title 18, U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including **November 30, 2008** and that jury trial would commence on **November 3, 2008 at 9:00 a.m.** in this courtroom.

   Court ordered that the defendant be allowed to remain at liberty under all the same terms and conditions as previously set.

                                                            Court adjourned at 10:15 a.m.

                                                            /s/K. Lynn Lemieux, Courtroom Deputy